WILLIAM H. WOOD, Appellant, v. THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Submitted December 15, 1890; decided January 14, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 10, 1888, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Circuit.

*James M. Lyddy* and *William M. Lyddy* for appellant.

*D. J. Dean* and *John J. Delany* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____